# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Benjamin Ray Nabors, | ) | C/A No. 0:12-cv-3301 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Deputy Timmons; Deputy Garrison; Sgt. | ) | |
| Kurta; Investigator R. Plaxico, *I.D. #2022* | ) | |
| *Investigator LCSD*; Sheriff Ricky Chastain, | ) | |
| *LCSD*; Lt. Brian K. Bridges, *LCSD* | ) | |
| *Narcotics Officer*; Sgt. Justin R. Moody, | ) | |
| *LCSD Narcotics Officer*; Major Hudson, | ) | |
| *LCDC*; Lt. Linda Sullivan, *LCDC*, Judge | ) | |
| W. Copeland, *Laurens County Magistrates* | ) | |
| *Offices, Laurens County*; Lt. Mareno | ) | |
| Foggie, *LCSD Investigator*; LCSD Deputy | ) | |
| Jamie Lee Edwards; Cpt. Stephan Williams, | ) | |
| *LCSD Capt. Over Narcotics Officers LCSD*; | ) | |
| Deputy Matthew A. Veal; Deputy Rhodes; | ) | |
| Lt. Marty Crain; Cpt. Michael Coats, *LCSD*; | ) | |
| Attorney Caroline Horlbeck *of Greenville* | ) | |
| *Bar SC*; Laurens County SC; Alex Stalvey, | ) | |
| *Attorney at Law SC Bar # 71739*; Yates | ) | |
| Brown, Jr., *SC Bar #78607*; Jerry W. Peace, | ) | |
| *8th Circuit Solicitor's Office Greenwood, SC*; | ) | |
| Paul Page, *LCSD Narcotics Officer*; Sgt. | ) | |
| John Bragg, *LCDC*; South Carolina State | ) | |
| Law Enforcement Division, *Laurens* | ) | |
| *Counties Office Branch Director Capt.* | ) | |
| *SLED*; S.C. Attorney General Salley W. | ) | |
| Elliott, *Assistant Deputy Attorney General*; | ) | |
| Ms. Elizabeth Wiygul, *SC Bar #70785*; | ) | |
| Mr. L. Craine, *P.P. of L.C.L.*; Bill Mayor, | ) | |
| *Attorney, S.C. Bar*; Chip Howell, *Attorney*, | ) | |
| *S.C. Bar*; Mike Turner, Jr., *Attorney S.C.* | ) | |
| *Bar*, | ) | |
| | ) | |
| Defendants. | ) | |

The above referenced case is before this court upon the magistrate judge's recommenda-

tion that plaintiff's complaint be summarily dismissed without prejudice and without issuance and service of process.

This court is charged with conducting a <u>de novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. <u>Thomas v Arn</u>, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. <u>United States v. Schronce</u>, 727 F.2d 91 (4th Cir. 1984), <u>cert. denied</u>, 467 U.S. 1208 (1984 ).[1] **Objections to the magistrate judge's report and recommendation were timely filed on March 12, 2013.**

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** and this action is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS FURTHER ORDERED** that plaintiff's Motions to Amend Complaint and Motion for Extension of Time are **DENIED**.

---

[1]In <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985), the court held "that a <u>pro se</u> litigant must receive fair notification of the <u>consequences</u> of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" <u>Id.</u> at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

March 25, 2013
Charleston, South Carolina

### _NOTICE OF RIGHT TO APPEAL_

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure